■ The People of the State of New York ex rel. Clare Hogenauer, Appellant, v Michael P. Jacobson, Respondent. [651 NYS2d 298] —Appeal from judgment, Supreme Court, New York County (George Roberts, J.), entered July 17, 1995, which denied the application for a writ of habeas corpus and dismissed the proceeding, unanimously dismissed as moot, without costs.

Inasmuch as relator is no longer in custody, this habeas corpus proceeding has been rendered moot (*see, People ex rel. Doggett v Levy*, 201 AD2d 261, *appeal dismissed* 83 NY2d 847, 905). We decline to reach the merits of the appeal since this case does not fall within any exceptions to the "mootness doctrine" (*see, Matter of Hearst Corp. v Clyne*, 50 NY2d 707). Concur—Milonas, J. P., Ellerin, Rubin, Kupferman and Nardelli, JJ.